## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** LINAE M. NESBITT
(Please print)

**STREET ADDRESS:** 2605 S. INDIANA AVE.

**CITY/STATE/ZIP:** CHICAGO, IL 60616

**PHONE NUMBER:** 312-800-1206

**CASE NUMBER:** 08CV2684
JUDGE MORAN
MAG. JUDGE DENLOW

_Signature_ — L.M. Nesbitt

**Date:** May 7, 2008

F I L E D
5-9-2008
MAY - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)