Order-Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2684 | DATE | 5/23/2008 |
| CASE TITLE | LINAE M. NESBITT vs. DRAPER & KRAMER, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Petitioner's petition to proceed in forma pauperis [4] is granted with respect to her claim of disability discrimination under the FHA. The petition is denied with respect to the claim of source-of-income discrimination. Petitioner must provide for service upon Draper & Kramer, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|