UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINAE M. NESBITT | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 2684 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| DRAPER & KRAMER, INC. | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant | ) | |

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the Appearance for Defendant Draper & Kramer, Inc. by Melissa Anne Siebert, was electronically filed with the Clerk of the Court using the CM/ECF system and, due to the fact that Plaintiff is proceeding *pro se* and may not have access thereto was served this 26th day of August 2008, by messenger delivery by 4:00 p.m., on the following:  Linae M. Nesbitt, 2605 S. Indiana Avenue, Apt. 708, Chicago, Illinois  60616.

Dated:  August 26, 2008                                      Respectfully submitted,

                                                                              DRAPER & KRAMER, INC.

                                                              By:     s/Melissa A. Siebert
                                                                              One of Its Attorneys

John P. Morrison
Melissa A. Siebert
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

595154/C/1