UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINAE M. NESBITT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2684 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| DRAPER & KRAMER, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Draper & Kramer, Inc. ("Draper & Kramer"), by and through its attorneys, Bell, Boyd & Lloyd LLP, respectfully moves the Court for a 30-day extension of time to answer or otherwise plead in response to the complaint filed by Linae M. Nesbitt. In support of its motion, Draper & Kramer states:

1. Draper & Kramer's responsive pleading currently is due on September 2, 2008.

2. Draper & Kramer recently engaged Bell, Boyd & Lloyd LLP to represent it in this matter. Plaintiff has filed a *pro se* Complaint containing detailed factual allegations, which must be fully reviewed and analyzed prior to responding thereto.

3. Draper & Kramer therefore will not be able to fully and fairly prepare a responsive pleading by September 2, 2008.

4. Under the circumstances, Draper & Kramer requests a 30-day extension of time, or until and including October 1, 2008, to answer or otherwise plead.

5. Draper & Kramer has not previously sought an extension of time to respond to the Complaint.

6. The relief requested by Draper & Kramer will not prejudice Plaintiff.

WHEREFORE, Draper & Kramer respectfully requests that the Court enter an Order granting Draper & Kramer until October 1, 2008 to answer or otherwise plead and such other relief as the Court deems just and proper.

Dated: August 26, 2008

Respectfully submitted,

DRAPER & KRAMER, INC.

By: /s/Melissa A. Siebert
One of Its Attorneys

John P. Morrison
Melissa A. Siebert
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois 60602
(312) 372-1121

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of the Court using the CM/ECF system and, due to the fact that Plaintiff is proceeding *pro se* and may not have access thereto was served this 26th day of August 2008, by messenger delivery by 4:00 p.m., on the following:

      Linae M. Nesbitt
      2605 S. Indiana Avenue, Apt. 708
      Chicago, Illinois  60616


      /s/Melissa A. Siebert
      Melissa A. Siebert