UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINAE M. NESBITT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2684 |
| | ) | |
| v. | ) | Judge Moran |
| | ) | |
| DRAPER & KRAMER, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:   Linae M. Nesbitt
      2605 S. Indiana Avenue, Apt. 708
      Chicago, Illinois  60616

   PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran, at the Everett J. Dirksen Building, 219 S. Dearborn Street, Room 1843, Chicago, Illinois 60604, and then and there present Motion for Extension of Time to Answer or Otherwise Plead, at which time and place you may appear.

Dated:  August 26, 2008                                DRAPER & KRAMER, INC.

                                          By:   /s/Melissa A. Siebert
                                                   One of Its Attorneys

John P. Morrison
Melissa A. Siebert
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 W. Madison, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

595152/C/1

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Notice of Motion was electronically filed with the Clerk of the Court using the CM/ECF system and, due to the fact that Plaintiff is proceeding *pro se* and may not have access thereto was served this 26th day of August 2008, by messenger delivery by 4:00 p.m., on the following:

      Linae M. Nesbitt
      2605 S. Indiana Avenue, Apt. 708
      Chicago, Illinois 60616

      /s/Melissa A. Siebert
      Melissa A. Siebert