## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 C 2684

Linae M. Nesbitt v. Draper & Kramer, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Draper & Kramer, Inc.

| | |
|---|---|
| NAME (Type or print)<br>John P. Morrison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John P. Morrison | |
| FIRM<br>Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS<br>Three First National Plaza, 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06183336 | TELEPHONE NUMBER<br>312/372-1121 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the Appearance for Defendant Draper & Kramer, Inc. by John P. Morrison, was electronically filed with the Clerk of the Court using the CM/ECF system and, due to the fact that Plaintiff is proceeding *pro se* and may not have access thereto was served this 26th day of August 2008, by messenger delivery by 4:00 p.m., on the following:

Linae M. Nesbitt
2605 S. Indiana Avenue, Apt. 708
Chicago, Illinois  60616

/s/John P. Morrison
John P. Morrison

595165/C/1