

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LINAE M. NESBITT

    Plaintiff

VS.

DRAPER & KRAMER, INC.

    Defendants.

CASE NUMBER: 08 cv 2684

ASSIGNED JUDGE: MORAN

MAGISTRATE JUDGE: DENLOW

TO: (Name and Address of Defendant(s))
    DRAPER & KRAMER, INC.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon plaintiff:

| | |
|---|---|
| Name | Linae M. Nesbitt |
| Address | 2605 S. Indiana Avenue |
| | Apartment 708 |
| | Chicago, IL 60616 |

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

Cynthia D. Young, Deputy Clerk

Date 7/29/08

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me: *[signature]* | DATE | August 12, 2008 |
| NAME OF SERVER (Print) ALLEN Smith | TITLE | Process Server |

Check one box below to indicate appropriate method of service:

[X] Served personally upon the defendant. Place where served: 500 East 33rd St. Chicago, Illinois 60616

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

FILED
SEP 03 2008  NF
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 12, 2008
Date

*[signature]* Allen Smith
Signature of Server

9146 S. Union
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.